# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff

V.

**$1,249,980.22 IN FUNDS IN BANK OF AMERICA ACCOUNT NUMBER XXXXXXXXX9287 HELD IN THE NAME OF KJ TRADE INC,**
    Defendant Property

And

**JUSTINA WILKERSON,**
    Claimant

CIVIL ACTION NO.
1:22-cv-04311-VMC

## ENTRY OF APPEARANCE

Please enter BRUCE S. HARVEY as attorney of record for the Claimant, JUSTINA WILKERSON, both individually, and as Chief Executive Officer of KJ Trade Ltd Inc., in the above-captioned matter.

This 14 day of December, 2022.

                Respectfully submitted,

                /s/ Bruce S. Harvey
                LAW OFFICE OF BRUCE S. HARVEY
                ATTORNEYS FOR CLAIMANT
                Bruce S. Harvey, #335175
                bruce@bharveylawfirm.com
                Jamie Roberts, #608590
                jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Entry of Appearance upon opposing counsel by e-filing, facsimile transmission, hand delivery or by depositing a copy of same in the United States Mail with sufficient postage attached thereon, addressed as follows:

>Radka T. Nations, AUSA
>600 Richard Russell Building
>75 Spring Street, SW
>Atlanta, Georgia 30303

This 14 day of December, 2022.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR CLAIMANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>Jamie Roberts, #608590
>jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628