IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$1,249,980.22 IN FUNDS IN BANK, OF AMERICA ACCOUNT NUMBER xxxx9287 HELD IN THE NAME OF KJ TRADE INC,<br><br>    Defendant Property.<br><br>and<br><br>JUSTINA WILKERSON,<br><br>    Claimaint. | CASE NO.<br>1:22-cv-04311-VMC |

**VERIFIED CLAIM AND STATEMENT
OF INTEREST OF JUSTINA WILKERSON**

Claimant **JUSTINA WILKERSON**, who makes and files this **VERIFIED CLAIM AND STATEMENT OF INTEREST** asserting her interest

1

in the $1,249,980.22 dollars in United States currency, pursuant to Rule C(6), Supplemental Rules of Certain Admiralty and Maritime Claims, in response to the Complaint for Forfeiture filed by the United States of America and shows as follows:

1. **JUSTINA WILKERSON** claims an interest in the $1,249,980.22 Dollars in United States currency seized by law enforcement and now in the custody, and under the control, of the United States Marshals Service.

2. **JUSTINA WILKERSON** has an interest in the afore-referenced property which she earned through her retail business and hereby demands its restitution, and in accord therewith the right to defend Civil Action 1:22-cv-04311-VMC filed in this Court on October 28, 2022.

DATE: 13 December 2022.

By: <u>**/s Bruce S. Harvey**</u><br>
Bruce S. Harvey<br>
Ga. Bar No. 335175

**LAW OFFICE OF BRUCE S. HARVEY**
146 Nassau Street
Atlanta, Georgia 30303-2010
Telephone: (404) 659-4628
Email: bruce@bharveylawfirm.com

                                                        By: **/s E. Nicole Moorman**
                                                               E. Nicole Moorman
                                                                Ga. Bar No. 156677

Moorman Law Firm, LLC
101 Marietta St. NW
Suite 3340
Atlanta, GA 30303
Telephone: 678-978-1436
Email: nicole@moorman-law.com

                                                           By: **/s Stephen M. Katz**
                                                               Stephen M. Katz
                                                                Ga. Bar No. 409065

**THE KATZ LAW FIRM – Ga. LLC**
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

### VERIFIED CLAIM AND STATEMENT OF INTEREST OF JUSTINA WILKERSON

on opposing counsel by electronically filing a copy with the ECF system, commonly referred to as PACER, which will transmit a copy to:

Radka T. Nations, Esq.
Assistant United States Attorney
Northern District of Georgia
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

DATE: 13 December 2022.

By: **/s Stephen M. Katz**
Stephen M. Katz
Ga. Bar No. 409065

THE KATZ LAW FIRM – Ga. LLC
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

## VERIFICATION

I, **JUSTINA WILKERSON**, declare, certify, verify, and state under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST OF JUSTINA WILKERSON** is true and correct.

Executed on: 14 December 2022.

_____
Justina Wilkerson