IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$1,249,980.22 IN FUNDS IN BANK, OF AMERICA ACCOUNT NUMBER xxxx9287 HELD IN THE NAME OF KJ TRADE INC,<br><br>Defendant Property.<br><br>and<br><br>JUSTINA WILKERSON,<br><br>Claimaint. | CASE NO.<br>1:22-cv-04311-VMC |

**VERIFIED CLAIM AND STATEMENT
OF INTEREST OF KJ TRADE LTD INC.**

Claimant **KJ Trade Ltd INC**. through its Chief Executive Officer, **JUSTINA WILKERSON**, who makes and files this **VERIFIED**

1

**CLAIM AND STATEMENT OF INTEREST** asserting its interest in the $1,249,980.22 dollars in United States currency, pursuant to Rule C(6), Supplemental Rules of Certain Admiralty and Maritime Claims, in response to the Complaint for Forfeiture filed by the United States of America and shows as follows:

1. **KJ TRADE LTD INC** claims an interest in the $1,249,980.22 Dollars in United States currency seized by law enforcement and now in the custody, and under the control, of the United States Marshals Service.

2. **KJ Trade Ltd INC.** has an interest in the afore-referenced property which it earned through its retail business and hereby demands its restitution, and in accord therewith the right to defend Civil Action 1:22-cv-04311-VMC filed in this Court on October 28, 2022.

DATE: 13 December 2022.

By: **/s Bruce S. Harvey**
Bruce S. Harvey
Ga. Bar No. 335175

**LAW OFFICE OF BRUCE S. HARVEY**
146 Nassau Street
Atlanta, Georgia 30303-2010
Telephone: (404) 659-4628
Email: bruce@bharveylawfirm.com

By: **/s E. Nicole Moorman**
E. Nicole Moorman
Ga. Bar No. 156677

Moorman Law Firm, LLC
101 Marietta St. NW
Suite 3340
Atlanta, GA 30303
Telephone: 678-978-1436
Email: nicole@moorman-law.com

By: **/s Stephen M. Katz**
Stephen M. Katz
Ga. Bar No. 409065

THE KATZ LAW FIRM – Ga. LLC
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

**VERIFIED CLAIM AND STATEMENT OF INTEREST OF KJ Trade Ltd INC.**

on opposing counsel by electronically filing a copy with the ECF system, commonly referred to as PACER, which will transmit a copy to:

> Radka T. Nations, Esq.
> Assistant United States Attorney
> Northern District of Georgia
> 600 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303

DATE: 13 December 2022.

By: **/s Stephen M. Katz**
Stephen M. Katz
Ga. Bar No. 409065

THE KATZ LAW FIRM – Ga. LLC
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

## VERIFICATION

I, **JUSTINA WILKERSON,** Chief Executive Officer of **KJ Trade Ltd INC.** declare, certify, verify, and state under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST OF KJ Trade Ltd INC** is true and correct.

Executed on: 14 December 2022.

_____
Justina Wilkerson, as CEO and on behalf of **KJ Trade Ltd INC**